UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:19-cr-00039

———

**United States of America,**
*Plaintiff,*

v.

**Edwin William Pacheco Lopez,**
*Defendant.*

———

Before BARKER, *District Judge*

———

# ORDER

On July 24, 2019, defendant was charged by indictment with being found in the United States after his removal from this country, in violation of 8 U.S.C. § 1326(a). Doc. 1. Defendant entered into a plea agreement, admitting that he was guilty of that offense and that the § 1326(b)(2) sentencing enhancement applies, making the maximum prison term 20 years. Doc. 18. Defendant also consented to have a magistrate judge take his guilty plea. Doc. 17. The plea agreement contains agreed guideline stipulations pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). Doc. 18. Magistrate Judge K. Nicole Mitchell conducted a change-of-plea hearing and issued findings and a recommendation that the court accept the guilty plea. Doc. 21. At the hearing, the parties waived any objection to the findings and recommendation. The court now **adopts** the magistrate judge's findings and recommendation and **accepts** defendant's guilty plea.

*So ordered by the court on September 6, 2019.*

_____

J. CAMPBELL BARKER
United States District Judge